UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANDRE D. SMALLEY, JR.                                                                   PLAINTIFF

VS.                                        4:17-CV-00282-BRW-JTR

CHARLES "DOC" HOLLADAY                                                          DEFENDANT

## ORDER

I have reviewed recommended disposition (Doc. No. 23) submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful consideration, the recommended disposition is adopted in its entirety.

Accordingly, the motion for summary judgment filed by Defendant Charles "Doc" Holladay (Doc. No. 17) is granted, and Plaintiff Andre Smalley, Jr.'s claims against him are dismissed with prejudice.

IT IS SO ORDERED this 30th day of October, 2018.


       /s/ Billy Roy Wilson_____
       UNITED STATES DISTRICT JUDGE