UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANDRE D. SMALLEY, JR.                                                    PLAINTIFF

VS.                          4:17-CV-00282-BRW-JTR

CHARLES "DOC" HOLLADAY                                                   DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, Plaintiff's claims against Defendant Charles "Doc" Holladay are dismissed with prejudice. Because all claims asserted by Plaintiff have now been dismissed, this case is CLOSED.

IT IS SO ORDERED this 30th day of October, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE